UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CANDACE CALHOUN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:13-CV-291-F |
| ) | |
| JULIAN MANN, NORTH CAROLINA ) | |
| OFFICE OF ADMINISTRATIVE ) | |
| HEARINGS, LAMONT GOINS, ) | |
| JUNE SMITH and CAMILLE WINSTON, ) | |
|     Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's claims against Defendants Julian Mann, North Carolina Office of Administrative Hearings, Lamont Goins, June Smith and Camille Winston are DISMISSED without prejudice for failure to make timely service upon the Defendants in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 26, 2013, and Copies To:**

Candace Calhoun (4845 Sir Duncan Way, Raleigh, NC 27612)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| September 26, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |